IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE,<br>**Plaintiff**<br><br>v.<br><br>**RIDGEVIEW HEALTHCARE AND REHABILITATION CENTER; RIDGEVIEW HEALTHCARE OPERATING, LLC; RIDGEVIEW HEALTHCARE & REHAB CENTER,**<br>**Defendants** | : : : : : : : : : : : : | No. 3:24cv597<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this _24th_ day of May 2024, the plaintiff's motion to proceed anonymously (Doc. 3) is hereby **GRANTED** conditionally. Defendants shall have the opportunity to challenge the anonymity on a good faith basis at a later date if the circumstances change. Likewise, the court will be allowed to re-examine the issue *sua sponte* if appropriate.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court